150 A.3d 404

KIM WALTER, PLAINTIFF–PETITIONER, v. CITY OF
OCEAN CITY, DEFENDANT–RESPONDENT.

JULY 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001104–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.